IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Case No.: 07-mj-00008-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NIEL McKAY,

    Defendant.

## ORDER

    Defendant's oral request for a continuance and Request for Exclusion of Time Per 18 U.S.C. 3161 is GRANTED.

    The period from June 12, 2007 to August 7, 2007 is excluded in computing the time within which trial must commence, the Court finding that the ends of justice served by the continuance outweighs the best interest of the public and the defendant in a speedy trial.

Arraignment and discovery conference is continued to August 7, 2007 at 10:00 AM.

    Dated this 20th day of June, 2007.

                                              BY THE COURT:

                                              s/ Gudrun J. Rice

                                              Gudrun J. Rice
                                              United States Magistrate Judge